UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22333-GAYLES/Torres

**VICTOR ARIZA**,

    Plaintiff,

vs.

**SETA BRICKELL CORP.,
d/b/a SETA APPAREL, a Florida
for-profit corporation; and SETA
APPAREL, INC., a Florida for-profit
corporation,**

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: December 9, 2022

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Erin E. Dunnavant, Esq.
DANAHY & DUNNAVANT, P.A.
901 West Swann Avenue
Tampa, FL  33606
erin@danddlaw.com;
damian@danddlaw.com
service@danddlaw.com

*Attorneys for Defendant*
*SETA BRICKELL CORP and*
*SETA APPAREL, INC.*

                                                /s/ *Roderick V. Hannah*
                                                Roderick V. Hannah